UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

GOOD MAN PRODUCTIONS, INC., )
)
    Plaintiff, ) Civil Action Case No. 1:15-cv-20539-UU
)
v. )
)
JOHN DOE subscriber assigned IP address )
174.48.143.202, )
)
    Defendant. )
)

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO SHOW CAUSE ORDER**

Plaintiff, Good Man Productions, Inc. ("Plaintiff"), moves for entry of an order extending the time within which Plaintiff has to file a response to the Court's Show Cause Order [CM/ECF 4], and states:

1. On February 11, 2015, this Court entered an order requiring Plaintiff to show cause why this Court may reasonably rely upon Plaintiff's use of geolocation or other technologies to establish the identity of the Defendant and the Defendant's location in this district. [CM/ECF 4].

2. Pursuant to the Court's Order, Plaintiff's deadline to respond to the Show Cause Order is February 20, 2015. [CM/ECF 4].

3. Plaintiff is taking its obligation to respond to the Show Cause Order very seriously. Accordingly, Plaintiff's counsel has been diligently working on Plaintiff's response to the Show Cause Order.

4. In support of its response, Plaintiff intends to file an affidavit from its investigator who resides in Germany. Due to its investigator's schedule, Plaintiff does not expect to receive the signed declaration until February 23, 2015.

5. Plaintiff requires a brief extension of one (1) business day within which to complete its review and file its response to the Court's show cause order.

6. No party will be prejudiced by the granting of the extension as Defendant has not yet been identified in this action.

7. Good cause exists to grant this motion.

8. This motion is not being interposed for the purpose of delay, but rather so that substantive justice can be done.

WHEREFORE, Plaintiff respectfully requests that the time within which it must file its response to the Court's Show Cause Order be extended an additional one (1) business days, or until February 23, 2015. A proposed order is attached for the Court's convenience.

Dated: February 20, 2015

Respectfully submitted,

By: /s/ *M. Keith Lipscomb*
M. Keith Lipscomb (429554)
klipscomb@lebfirm.com
LIPSCOMB EISENBERG & BAKER, PL
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile: (786) 431-2229
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *M. Keith Lipscomb*