UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| GOOD MAN PRODUCTIONS, INC., | ) |
| Plaintiff, | ) Civil Action Case No. 1:15-cv-20539-UU |
| v. | ) |
| JOHN DOE subscriber assigned IP address 174.48.143.202, | ) |
| Defendant. | ) |

**NOTICE OF FILING EXHIBITS TO PLAINTIFF'S
RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE [CM/ECF 9]**

PLEASE TAKE NOTICE, Plaintiff is filing the attached Exhibits to Plaintiff's Response to the Court's Order to Show Cause filed February 23, 2014, which were inadvertently and erroneously omitted from the filings. Plaintiff apologizes to the Court for this error.

Dated: February 24, 2015

Respectfully submitted,

By: /s/ *M. Keith Lipscomb*

M. Keith Lipscomb (429554)
klipscomb@lebfirm.com
Emilie Kennedy (92808)
ekennedy@lebfirm.com
LIPSCOMB EISENBERG & BAKER, PL
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile:  (786) 431-2229
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *M. Keith Lipscomb*

1